Writ refused. No error of law under the facts found by the Court of Appeal.

202 So.2d 663

**STATE of Louisiana**

v.

**Charles J. DEESE.**

No. 48930.

Oct. 10, 1967.

Application denied. The ruling complained of is correct.

202 So.2d 663

**STATE of Louisiana**

v.

**George J. HENDERSON.**

No. 48929.

Oct. 10, 1967.

Writ refused. The ruling of the trial judge is correct.

202 So.2d 663

**STATE of Louisiana**

v.

**Valentine ASHWORTH.**

No. 48928.

Oct. 10, 1967.

Writs refused: The showing made in the application is insufficient to warrant the exercise of our supervisory jurisdiction.